UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI PHARISS, | No. 2:18-cv-03269-KJN (SS) |
| Plaintiff, | |
| v. | ORDER AND |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER TO SHOW CAUSE |
| Defendant. | |

Plaintiff initially commenced this social security action on December 26, 2018, and requested leave to proceed *in forma pauperis*. (ECF Nos. 1, 3.) The court granted plaintiff's request and ordered her to "submit to the United States Marshal an original and five copies of the completed summons, five copies of the complaint, five copies of the scheduling order, and a completed USM-285 form, and [to] file a statement with the court that such documents have been submitted to the United States Marshal" by January 16, 2019. (ECF No. 4 at 2.) The deadline having passed, plaintiff has failed to provide the court with a statement that she provided the necessary documents to the United States Marshal.

The court has considered whether sanctions should be imposed against plaintiff. However, in light of plaintiff's *in forma pauperis* status, the court first issues an order to show cause, providing plaintiff with an opportunity to explain her failure to submit the necessary

documents to the United States Marshal and to notify the court, as ordered.  The court also provides plaintiff with an additional opportunity to submit the necessary documents to the United States Marshal.

Furthermore, the court notes that plaintiff has not yet indicated whether she consents to the jurisdiction of the Magistrate Judge for all purposes.  Therefore, plaintiff is directed to do so.  Importantly, plaintiff is under no obligation to so consent—plaintiff's designation merely assists the court in determining how the case should be administratively processed.

Accordingly, IT IS HEREBY ORDERED that:

1. **Within fourteen (14) days of this order**, plaintiff shall:  (a) show cause in writing why this action should not be dismissed based on her failure to prosecute this case; (b) submit to the United States Marshal an original and five copies of the completed summons, five copies of the complaint, five copies of the scheduling order, and a completed USM-285 form; and (c) file a brief statement with the court indicating that the above documents have been submitted to the United States Marshal.

2. An appropriate form for consenting or declining to Magistrate Judge jurisdiction is attached. **Within fourteen (14) days of this order**, plaintiff shall complete and submit this form.

3. Failure to timely respond to the order to show cause and to timely provide the United States Marshal with the necessary documents may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

4. The Clerk of Court shall serve another copy of the court's January 2, 2019 orders (ECF Nos. 4, 6), the summons (ECF No. 5), and a consent/decline form on plaintiff along with a copy of this order.

IT IS SO ORDERED.

Dated:  March 21, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14